# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VOGEL, an individual; and Bronson Avenue Properties, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Insurance and Casualty Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:17-CV-00612-AG (JDEx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[The Honorable Andrew J. Guilford]<br><br>**Complaint Filed: February 8, 2017**<br>**Trial Date:　　　Vacated** |

## ORDER

Based on the Parties' stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice and each side to bear its own costs.

Dated:　　　January 31, 2019

　　　　　　　　　　　　　　　　　　　　　　
Honorable Andrew J. Guilford
United States District Court Judge

-1-
ORDER RE DISMISSAL OF ACTION WITH PREJUDICE,
Case No. 8:17-CV-00612-AG(JDEx)